CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 30 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAY BROWN, | ) | Civil Action No. 7:09-cv-00494 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SAM YOUNG, et al., | ) | By: Hon. James C. Turk |
|    Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to exhaust administrative remedies, pursuant to 42 U.S.C. § 1997e(a), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** This 30th day of December, 2009.

                                                          Senior United States District Judge